**The Law Office of Victor Nasser, A.P.C.**
Victor Nasser, Esq SBN: 326736
1331 L Street
Bakersfield, California 93301
Tel: (661) 595-9000
Email: victor@vicnasserlaw.com

Attorneys for Defendant
Alexander Vasquez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEXANDER VASQUEZ,<br>Defendant. | Case No.: 1:25-CR-000132-JLT-SAB<br>**STIPULATION AND ORDER TO VACATE SENTENCING HEARING AND SET NEW SENTENCING HEARING.** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND ERIC GRANT, UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:

Defendant, Alexander Vasquez, by and through his attorney of record, Victor Nasser, hereby requests that the sentencing hearing currently set for Monday, September 28, 2026, be vacated and that a new sentencing hearing be set for Monday, December 14, 2026.

I need additional time to review the fine details of the final Pre-Sentencing Report with Mr. Vasquez before proceeding to sentencing. I am in the process of drafting a sentencing memorandum to be filed for this sentencing hearing and require additional time to research the final proposed offense level.

I have spoken to Assistant United States Attorneys, Mr. Atonio Pataca and Mr. Robert Venemen-Hughes, and there will be no objection to vacating the currently set sentencing hearing, and

resetting the sentencing hearing to December 14, 2026, before This Court.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED**

Respectfully Submitted,

DATED: September 11, 2026

/s/ ***Victor Nasser***
Victor Nasser, Esq.
Attorney for Defendant
Alexander Vasquez

DATED: September 11, 2026

/s/ ***Antonio Pataca***
Antionio Pataca, Esq.
Assistant United States Attorney

DATED: September 11, 2026

/s/ ***Robert Veneman-Hughes***
Robert Venemen Hughes, Esq.
Assistant United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEXANDER VASQUEZ,<br>Defendant. | Case No. 1:20-CR-000132-JLT<br>**STIPULATION AND ORDER TO VACATE SEPTEMBER 28, 2026, SENTENCE AND SET A NEW SENTENCE ON DECEMBER 14, 2026.**<br>Courtroom: To Be Determined<br>Hon. Jennifer L. Thurston |

**O R D E R**

IT IS ORDERED that the Sentencing hearing currently set for September 28, 2026, at the Fresno Federal Courthouse is vacated.

IT IS FURTHER ORDERED THAT a new sentencing hearing be set on December 14, 2026, at the Fresno Federal Courthouse, before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated: September 14, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE